IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD R. SCHRICKER,
                    Appellant,
            vs.
CHERYL JOY SCHRICKER,
                    Respondent.

No. 83631

**FILED**

NOV 05 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying reconsideration of an order regarding the valuation of real property in a divorce action. Second Judicial District Court, Family Court Division, Washoe County; Tamatha Schreinert, Judge.

Preliminary review of the documents on file in this appeal reveals jurisdictional defects. First, an order denying a motion for reconsideration is not substantively appealable. *See Arnold v. Kip*, 123 Nev. 410, 417, 168 P.3d 1050, 1054 (2007) ("[A]n order denying reconsideration is not appealable."), *disapproved of on other grounds by AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010). Second, to the extent, if any, the notice of appeal can be construed as challenging the underlying order regarding valuation of property, that order is not appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). And no other statute or court rule allows for an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345,

21-31903

301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule").  This court lacks jurisdiction and we ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                                Silver


cc:   Hon. Tamatha Schreinert, District Judge, Family Court Division
      Donald R. Schricker
      Bittner Legal LLC
      Washoe District Court Clerk